UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUN 25  P 2: 44

| | |
|---|---|
| GRAY CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number: |
| | ) 2:07-CV-584-WKW |
| HWASHIN AMERICA CORPORATION, | ) |
| Defendant. | ) TRIAL BY STRUCK JURY IS DEMANDED |

## COMPLAINT

### PARTIES

1. Plaintiff Gray Construction, Inc. ("Gray") is a Kentucky corporation with its principal place of business in Lexington, Kentucky.

2. Defendant Hwashin America Corporation ("Hwashin") is a Delaware corporation, with its principal place of business in Montgomery County, Alabama.

### JURISDICTION AND VENUE

3. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 as the Parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of intent and cost.

4. Venue is proper in this action pursuant to 28 U.S.C. § 1391(c) as Defendant's principal place of business and the property at issue are located in this judicial district and the acts and omissions giving rise to this Complaint occurred in this judicial district.

## STATEMENT OF FACTS

5. On or about September 24, 2003, Gray entered into a contract with Hwashin to repair a commercial facility on certain real property located in Butler County, Alabama, which is owned by Hwashin.

6. The real property is located at 661 Montgomery Highway, Greenville, Butler County, Alabama.

7. On or about December 29, 2006, Gray completed repairs at the Hwashin facility.

8. Defendant has refused to pay the outstanding balance of Six Hundred Ninety Nine Thousand Two Hundred Six Dollars ($699,206.00) that is due to Gray in its entirety for the repair work done by Gray at the facility.

9. On June 22, 2007, Gray recorded a verified statement of lien in the Probate Court of Butler County, Alabama, in the amount of Six Hundred Ninety Nine Thousand Two Hundred Six Dollars ($699,206.00) representing the amount owed to Gray.

## COUNT ONE – MATERIALSMAN LIEN

10. Gray realleges as though fully set forth all allegations contained in Paragraph Nos. 1 through 9 of the Complaint.

11. After full payment was not received by Gray and within six (6) months of "final work", Gray filed and recorded in the Probate Court of Butler County, Alabama a verified statement of lien. A true and correct copy of the lien is attached as Exhibit "A".

12. This lawsuit is filed within six (6) months of the "final work" pursuant to Alabama Code, § 35-11-221 (1975).

WHEREFORE, Gray demands judgment against the Defendant for Six Hundred Ninety Nine Thousand Two Hundred Six Dollars ($699,206.00), plus pre-judgment interest, post-judgment interest, attorney's fees, court cost and expenses, and request that this Court grant a lien against the real property in that amount, declare that the lien be superior to any and all interest of any interested parties and order the property be sold for payment.

## COUNT TWO – BREACH OF CONTRACT

13. Gray realleges as though fully set forth all allegations contained in Paragraph Nos. 1 through 12 of the Complaint.

14. Gray entered into a contract with the Defendant for Gray to make repairs to Defendant's commercial building.

15. Gray completed its work pursuant to the terms of the agreement with the Defendant and has fully complied with its obligation under the contract.

16. Defendant has breached the contract with Gray by failing to pay Gray for the work performed in the amount of Six Hundred Ninety Nine Thousand Two Hundred Six Dollars ($699,206.00).

17. As a direct, proximate and consequential result of Defendant's breach of the contract, Gray has been damaged.

WHEREFORE, Gray demands judgment against Defendant for Six Hundred Ninety Nine Thousand Two Hundred Six Dollars ($699,206.00), plus pre-judgment interest, post-judgment interest, attorney's fees, court cost and expenses.

## COUNT THREE – UNJUST ENRICHMENT

18. Gray realleges as though fully set forth all allegations contained in Paragraph Nos. 1 through 17 of the Complaint.

19. Gray supplied materials and services to repair the Hwashin facility, from which Hwashin substantially benefited at the expense of Gray.

20. To allow Hwashin to benefit from these materials and services without compensating Gray would unjustly enrich Defendant.

WHEREFORE, Gray demands judgment against Defendant for Six Hundred Ninety Nine Thousand Two Hundred Six Dollars ($699,206.00), plus pre-judgment interest, post-judgment interest, attorney's fees, court cost and expenses.

## COUNT FOUR – QUANTUM MERUIT

21. Gray realleges as though fully set forth all allegations contained in Paragraph Nos. 1 through 20 of the Complaint.

22. Defendant knowingly accepted materials and services provided by Gray and benefited as a result of receipt of Gray's materials and services.

23. Gray had a reasonable expectation of compensation for the materials and services provided because Defendant agreed to pay for the materials and services provided.

24. The reasonable value of the materials and services provided by Gray is equal to Six Hundred Ninety Nine Thousand Two Hundred Six Dollars ($699,206.00).

WHEREFORE, Gray demands judgment against Defendant for Six Hundred Ninety Nine Thousand Two Hundred Six Dollars ($699,206.00), plus pre-judgment interest, post-judgment interest, attorney's fees, court cost and expenses.

**TRIAL BY STRUCK JURY IS DEMANDED**

DATED this the 25th day of June, 2007.

By: /s/ 
E. Britton Monroe (MON032)
Mickey B. Wright (WRI048)
Brian M. McClendon (MCC133)
Attorneys for Gray Construction, Inc.

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

492082-1

5

**PLAINTIFF REQUESTS THE FOLLOWING BE SERVED BY CERTIFIED MAIL:**

Hwashin America Corporation
c/o Michael B. O'Conner
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104

_____
OF COUNSEL

Butler Co., AL
I CERTIFY THIS INSTRUMENT WAS FILED ON
06/22/2007 12:46:07 PM
JUDGEMENTS BOOK: 30 PAGE: 506
Entry#: 62805
DEED TAX:$0.00 MORTG TAX:$0.00 MIN TAX:$0.00
REC-FEE:$7.00 FILE-FEE:$0.00 TRANS-FEE:$0.00

*Steve Norman*

Judge of Probate

This instrument prepared by:
Lloyd, Gray & Whitehead, PC
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

STATE OF ALABAMA    )
BUTLER COUNTY       )

## VERIFIED STATEMENT OF LIEN

**Gray Construction** of Lexington, Kentucky, files this statement in writing, verified by the oath of Scott Parker, as Chief Financial Officer of Gray Construction, who has personal knowledge of the facts herein set forth:

That said Gray Construction, claims a lien upon the following property situated in Butler County, Alabama, to-wit, 661 Montgomery Highway, Greenville, Butler County, Alabama, and is legally described as follows:

Commence at an iron pin at the Northwest Corner of the Northeast Quarter of Section 18, T-10-N, R-15-E, Butler County, Alabama; Thence run N 88° 04'20" E, 1336.44 feet to a point; Thence run N 88° 01'29" E, 111.64 feet to a point lying on the west right of way of U.S. Highway 31 (ROW Varies); Thence run along said west right of way, S 20° 35'24" W, 268.50 feet to a point lying on the existing west right of way of U.S. Highway 31 (ROW Varies); Thence leave said west right of way and run N 24° 24'36" W, 42.43 feet to a point lying on the proposed new west right of way of said U.S. Highway 31, said point being the Point of Beginning; Thence from said Point of Beginning, run along said proposed right of way, S 20° 35'24" W, 116.50 feet to a point; Thence continue along said proposed right of way, 30.0 feet west of, parallel to and contiguous with the existing west right of way, S 20° 42'05" W, 460.76 feet to a point of curvature; Thence continue along said proposed right of way and said curve (concave westerly, R=22346.65'), a chord of S 21° 32'27" W, 654.90 feet to a point of curvature; Thence continue along said proposed right of way and said curve (concave westerly, R=22346.65'), 10.0 feet west of, parallel to and contiguous with the existing west right of way, a chord of S 22° 45'42" W, 297.42 feet to a point of curvature; Thence continue along said proposed right of way and said curve (concave westerly, R=22346.65'), 30.0 feet west of, parallel to and contiguous with the existing west right of way, a chord of S 23° 21'37" W, 169.53 feet to a point; Thence continue along said proposed right of way, S 23° 34'40" W, 209.99 feet to a point; Thence leave said proposed right of way and run N 89° 59'03" W, 662.48 feet to a point; Thence run N 00° 29'08" W, 274.42 feet to a point; Thence run S 87° 49'03" W, 235.74 feet to a point; Thence run N 00° 40'58" W, 1528.36 feet to a point; Thence run N 88° 04'20" E, 939.89 feet to a point; Thence run N 79° 32'29" E, 101.12 feet to a point; Thence run N 88° 04'20" E, 351.31 feet to a point of curvature; Thence run along said curve (concave southerly, R=465.0'), a chord of S 89° 08'17" E, 45.26 feet to a point; Thence run S 65° 20'42" E, 48.12 feet to a point of curvature; Thence run along said curve (concave southerly, R=450.0'), a chord of S 75° 00'51" E, 87.89 feet to a point; Thence run S 69° 24'36" E, 60.47 feet to a point; Thence run S 24° 24'36" E, 21.21 feet to the Point of Beginning.

Said described property lying and being situated in the North Half of Section 18, T-10-N, R-15-E, Butler County, Alabama and contains 52.207 Acres, more or less.

EXHIBIT A

This lien is claimed separately and severally as to the both the buildings and improvements thereon and the land of the owner or lease-hold interest of the proprietor.

That the lien is claimed to secure an indebtedness of SIX HUNDRED NINETY-NINE THOUSAND TWO HUNDRED SIX AND 00/100 DOLLARS ($699,206.00) with interest from December 29, 2006, for work and labor done and materials supplied for the construction of the improvements on the property at the request of the owner.

The above-described property is owned by **Hwashin America Corporation** by virtue of the Statutory Warranty Deed dated May 1, 2005, and recorded May 2, 2006, at Book 0288, Page 613, in the Office of the Judge of Probate, Butler County, Alabama.

_____
Scott Parker, Chief Financial Officer
Gray Construction


STATE OF KENTUCKY        )
FAYETTE COUNTY           )

Before me a Notary Public in and for the said County of Fayette, State of Kentucky, personally appeared Scott Parker, who, being first duly sworn, does depose and say that he has personal knowledge of the facts set forth in the foregoing Statement of Lien and that the same are true and correct to the best of his knowledge and belief. Subscribed and sworn to before me this 21st day of June, 2008, by said affiant.

[SEAL]

_____
NOTARY PUBLIC
In and for said County and State

My Commission Expires:

November 19, 2008