IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GRAY CONSTRUCTION, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HWASHIN AMERICA** )<br>**CORPORATION,** )<br>)<br>**Defendant.** ) | Case No. 2:07-cv-00584-WKW-SRW |

**DEFENDANT HWASHIN AMERICA CORPORATION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Defendant Hwashin America Corporation ("Hwashin") moves this Court for an order extending the time in which Hwashin may file its responsive pleading to Plaintiff Gray Construction, Inc.'s Complaint. In support of this motion, Hwashin states as follows:

1. Hwashin's agent for service of process was served with a copy of the Complaint on June 28, 2007. Hwashin's first responsive pleading is therefore due on July 18, 2007.

2. Given the procedural and factual complexities arising from this case and the companion case of *Jennifer Piggott and Slade Piggott v. Gray Construction, Inc., et al.,* Case No. 2:06-cv-1158, Hwashin needs additional time

to evaluate its position and to prepare an appropriate responsive pleading in this action.

3. The undersigned counsel for Hwashin has discussed this extension with counsel for Plaintiff. Plaintiff's counsel has consented to an extension for Hwashin to file a responsive pleading through July 31, 2007.

WHEREFORE, based upon the foregoing, Hwashin respectfully requests that the Court enter an order extending the time in which it may file a responsive pleading up to and including July 31, 2007.

Respectfully submitted,

/s/ J. Lister Hubbard
J. Lister Hubbard   ASB-8142-076J
Richard H. Allen    ASB-3320-L72R
Arden R. Pathak     ASB-0538-E29P

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian Michael McClendon, Esq.
Elliot Britton Monroe, Esq.
Mickey B. Wright, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223


                                        /s/ J. Lister Hubbard