IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GRAY CONSTRUCTION, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | )    CASE NO. 2:07-CV-00584-WKW |
| HWASHIN AMERICA CORPORATION, | ) ) ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of Defendant Hwashin America Corporation's Unopposed Motion for Extension of Time to File Responsive Pleading (Doc. # 4), it is ORDERED that the motion is GRANTED. The defendant shall file an answer or otherwise respond **on or before July 31, 2007.**

DONE this 18th day of July, 2007.

                                               /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE