# UNITED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **GRAY CONSTRUCTION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action Number:** |
| **v.** | ) | |
| | ) | **07-CV-584** |
| **HWASHIN AMERICA CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF GRAY CONSTRUCTION, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff Gray Construction, Inc., in accordance with this Court's Order, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☐     There are no entities to be reported, or

■     The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| Gray, Inc. | Parent Company |
| James N. Gray Estate Trust | Owner, Gray, Inc. |
| Howard Gray | Owner, Gray, Inc. |
| Jim Gray | Owner, Gray, Inc. |
| Stephen Gray | Owner, Gray, Inc. |
| Franklin Gray | Owner, Gray, Inc. |

| | |
|---|---|
| Julia Navolio | Owner, Gray, Inc. |
| Lois Gray | Owner, Gray, Inc. |
| Hideo Ito | Owner, Gray, Inc. |
| Steve Renshaw | Owner, Gray, Inc. |
| Bob Moore | Owner, Gray, Inc. |
| Chris Allen | Owner, Gray, Inc. |
| Scott Parker | Owner, Gray, Inc. |
| Anthony Roy | Owner, Gray, Inc. |
| Steve Summers | Owner, Gray, Inc. |
| Gray Construction | Subsidiary |
| WS Construction | Subsidiary |
| ICE Builders | Subsidiary |
| Gray Industrial Realty | Subsidiary |
| JNG Services | Subsidiary |
| Operations Associates | Subsidiary |
| Gray Realty | Affiliate |
| Woodford Realty Ventures | Affiliate |
| Asia Investments I | Affiliate |
| GNF Design | Affiliate |

DATED this the 1st day of August, 2007.

By: **_E. Britton Monroe_**
  E. Britton Monroe (MON032)
  Mickey B. Wright (WRI048)
  Brian M. McClendon (MCC133)
  Attorneys for Gray Construction, Inc.

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone:  (205) 967-8822
Facsimile:  (205) 967-2380

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing or mailing via U.S. Mail the foregoing document with the United States District Court, Middle District of Alabama on this the 1st day of August, 2007:

Joseph Lister Hubbard, Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
Capell Howard, P.C.
P.O. Box 2069
Montgomery, AL  36102-2069
***Counsel for Hwashin America Corporation***

*<u>E. Britton Monroe</u>*
OF COUNSEL